UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| LAQUITA SIMMONS, | ) | Civil Action No. 5:19-cv-02678-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's counsel's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 28th day of March, 2022, by the United States District Court for the District of South Carolina,

ORDERED that Robertson H. Wendt, Jr., Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $25,867.00 (or 25% of past-due benefits due to Plaintiff by reason of this Court's judgment, whichever is less). Plaintiff's counsel will reimburse Plaintiff attorney fees of $7,500.00 she previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

March 28, 2022    Kaymani D. West
Florence, South Carolina    United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).